UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :
                                :
v.                              :        3:08-cr-00097-MRK-4
                                :
VIRTUAL MONEY, INC

June 10, 2010

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for Virtual Money, Inc**

| | |
|---|---|
| June 10, 2010 | /s/Norman A. Pattis/s/ |
| Date | Signature |
| | |
| ct13120 | Norman A. Pattis |
| Connecticut Bar Number | Print Clearly or Type Name |
| | |
| 203-393-9745 | 649 Amity Road, P.O. Box 280 |
| Fax Number | Address |
| | |
| normpattis@gmail.com | Bethany, CT 06524-0280 |
| E-mail address | |

**CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing was filed electronically to the counsel of record, The United States Attorneys Office, District of Connecticut on this 10th day of June 10, 2010.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/
Norman A. Pattis

Case 3:08-cr-00097-MRK   Document 113   Filed 06/10/10   Page 2 of 2