## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

                          3:09-CV00825 ( AWT)

      Plaintiff


      V.


VIRTUAL MONEY, INC             June 22, 2010

Defendants


## MOTION TO WITHDRAW APPEARANCE


The undersigned counsel for the defendant Virtual Money hereby respectfully requests that this court permit him to withdraw from representing Virtual Money for the reasons set forth below:

Attorney Pattis was retained and has filed a notice appearance for Select Agents and the remainder of the Defendants in this case are fully represented by other counsel


             BY_____

                 NORMAN A. PATTIS, Esq.
                 Fed Bar # ct13120
                 649 Amity Road
                 Bethany, CT 06524
                 Tel: 203-393-3017
                 Fax: 203-393-9745


## CERTIFICATION

This is to certify that a copy of this motion was electronically filed on June 22, 2010 and all parties will be automatically notified by the electronic filing system

             _____
              NORMAN A. PATTIS, Esq.