UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

3:09-CV00825 ( AWT)

Plaintiff

V

HODGINS, et al                                     JULY 2 , 2010

Defendants

**MOTION TO EXTEND TIME**

The undersigned counsel for the Amicus party Select Agents hereby respectfully requests that this court permit an extension to file the brief on behalf of Select Agents until August 5, 2010. Counsel is awaiting further documents and information from Select Agents which are still being compiled in Dallas ,Texas and I do not expect this material to arrive by July 10, 2010

BY_____

NORMAN A. PATTIS, Esq.
Fed Bar # ct13120
649 Amity Road
Bethany, CT 06524
Tel: 203-393-3017
Fax: 203-393-9745

**CERTIFICATION**

This is to certify that a copy of this motion was electronically filed on July 2, 2010 and all parties will be automatically notified by the electronic filing system

_____
NORMAN A. PATTIS, Esq.